UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| CARLA SUZANNE JACKSON, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 1:12-cv-22 |
| v. ) | |
| ) | Judge Mattice |
| CITY OF CLEVELAND, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## JUDGMENT

This case came before the Court on Plaintiff's construed Motion for a Court Order of Dismissal pursuant to Fed. R. Civ. P. 41(a)(2). The Honorable Harry S. Mattice, Jr., United States District Judge, having granted the Motion,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITHOUT PREJUDICE**.

Dated at *Chattanooga, Tennessee*, this 13th day of August, 2013.

                                                                            /s/ *Debra C. Poplin*
                                                                              Debra C. Poplin
                                                                      CLERK OF COURT